**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7281**

DARYL J. CURRY,

            Plaintiff - Appellant,

        v.

MAHBOOB ASHRAF, M.D.; DAWN HAWK; TARA COTTRELL; NORTH
BRANCH CORRECTIONAL,

            Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
George L. Russell, III, District Judge.  (1:18-cv-02439-GLR)

Submitted:  February 20, 2020                    Decided:  February 24, 2020

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and TRAXLER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daryl J. Curry, Appellant Pro Se.  Douglas Conrad Meister, Gina Marie Smith, MEYERS,
RODBELL & ROSENBAUM, PA, Riverdale Park, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Curry appeals the district court's order granting summary judgment to the Defendants on his 42 U.S.C. § 1983 (2018) complaint alleging deliberate indifference to his serious medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Curry v. Ashraf*, No. 1:18-cv-02439-GLR (D. Md. Aug. 23, 2019). We also deny Curry's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*